# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131052 & (23)(24)(25)(26)(27)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

EUGENE T. CURTIS,
     Defendant-Appellant.

SC: 131052
COA: 265248
Lapeer CC: 96-005923-FC

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to add issue, for appointment of counsel, for bail, and for miscellaneous relief are DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

s0724